UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT BARBERA,

    Plaintiff,

-against-

ARIANA GRANDE and GRANDARI, INC.,

    Defendants.

20-CV-116 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

It appears to the Court that no action has taken place in this case since January 17, 2020, when plaintiff effected service of the summons and complaint on defendant Grandari, Inc. (Dkt. No. 11.) Grandari, Inc.'s deadline to answer or otherwise respond to the complaint was February 7, 2020. Fed. R. Civ. P. 12(a)(1)(A)(i). There is no indication in the record that plaintiff has effected service of the summons and complaint on defendant Ariana Grande. Plaintiff's deadline to serve Grande was April 6, 2020. Fed. R. Civ. P. 4(m).

It is hereby ORDERED that, no later than **April 17, 2020**, plaintiff shall file a letter updating the Court on the status of the case, including whether he intends to move for a default judgment against defendant Grandari, Inc. and whether he has effected service upon defendant Grande or seeks an extension of time within which to do so.

It is further ORDERED that plaintiff shall serve a copy of this Order on any defendant previously served with the summons and complaint, shall serve this Order along with the summons and complaint on all defendants served hereafter, and shall file proof of such service with the Court.

Dated: New York, New York
      April 7, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**